# United States Court of Appeals
## For the First Circuit

No. 11-2210

RICHARD ROSENTHAL,

Petitioner, Appellant,

v.

STEVE O'BRIEN,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on April 15, 2013 is amended as follows:

Page 8, lines 7-8:  "(quotations omitted)" inserted after "(1st Cir. 2009)".
Page 9, line 7:  "('procedural" is corrected to "('[P]rocedural".
Page 9, line 10:  "(internal quotation marks omitted)" is corrected to "(quotations omitted)".
Page 12, line 12:  "a" is deleted from in between "as" and "factual".
Page 12, line 14:  "(per curiam)" is corrected to "(per curiam)".
Page 13, line 13:  "(internal quotation marks omitted)" is corrected to "(quotations omitted)".
Page 18, line 15:  "clients" is corrected to "client".
Page 20, line 17:  "385 F.2D 4, 7" is corrected to "835 F.2d 6, 7".